1  ROBINSON, CALCAGNIE & ROBINSON
   620 Newport Center Drive, Suite 700
2  Newport Beach, California 92660
3  Telephone: (949) 720-1288
   Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiff, Dan Jacobs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **CASE NO. C06- 4118 (CRB)**<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Dan Jacobs, etc., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, a Delaware corporation; PFIZER, INC., a Delaware corporation,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **DAN JACOBS** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

| | |
|---|---|
| DATED: September 1, 2009 | ROBINSON, CALCAGNIE & ROBINSON |
| | By: *Mark P. Robinson, Jr.* (signature) |
| | MARK P. ROBINSON, JR. |
| | Attorneys for Plaintiffs Dan Jacobs |
| | |
| DATED: Oct. 22, 2009 | DLA PIPER LLP (US) |
| | By: /s/ |
| | Matt Holian |
| | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**