1  **ROBINSON, CALCAGNIE & ROBINSON**
   620 Newport Center Drive, Suite 700
2  Newport Beach, California 92660
   Telephone: (949) 720-1288
3  Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiff, Cleone Kurtz and Ken Kurtz
6
7
8
9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11
12
13 | IN RE: BEXTRA AND CELEBREX            ) **CASE NO. C06- 4118 (CRB)**
14 | MARKETING SALES PRACTICES AND         ) **MDL NO. 1699**
   | PRODUCT LIABILITY LITIGATION          ) **District Judge: Charles R. Breyer**
15 |                                        )
16 | Dan Jacobs, etc., et al.,              )
17 |        **Plaintiffs,**                 ) **STIPULATION AND ORDER OF**
   |                                        ) **DISMISSAL WITH PREJUDICE**
18 |                                        )
   | **vs.**                                )
19 |                                        )
20 | **G.D. SEARLE & CO., PHARMACIA         )
   | CORPORATION; MONSANTO                  )
21 | COMPANY, a Delaware corporation;       )
   | PFIZER, INC., a Delaware               )
22 | corporation,**                         )
23 |        **Defendants.**
24
25     Come now the Plaintiff, **CLEONE CURTZ and KEN KURTZ** and Defendants, by and
26 through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and
27
28
                                         -1-

<br>
hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: September 1, 2009    ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
Attorneys for Plaintiffs Cleone Kurtz and Ken Kurtz

DATED: Oct. 22, 2009    DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

Hon. Charles R. Breyer
United States District Court

-2-