1  **ROBINSON, CALCAGNIE & ROBINSON**
2  620 Newport Center Drive, Suite 700
   Newport Beach, California 92660
3  Telephone: (949) 720-1288
   Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiffs, Carl Busse, Jr. and Patricia Busse
6
7
8
9                       UNITED STATES DISTRICT COURT
10                      NORTHERN DISTRICT OF CALIFORNIA
11
12
13 IN RE: BEXTRA AND CELEBREX           )   **CASE NO. C06- 4118 (CRB)**
14 MARKETING SALES PRACTICES AND        )   **MDL NO. 1699**
   PRODUCT LIABILITY LITIGATION         )   **District Judge: Charles R. Breyer**
15 _____  )
16 **Dan Jacobs, etc., et al.,**        )
17      **Plaintiffs,**                 )   **STIPULATION AND ORDER OF**
                                        )   **DISMISSAL WITH PREJUDICE**
18 **vs.**                              )
19                                      )
   **G.D. SEARLE & CO., PHARMACIA**     )
20 **CORPORATION; MONSANTO**            )
   **COMPANY, a Delaware corporation;** )
21 **PFIZER, INC., a Delaware**         )
22 **corporation,**                     )
                                        )
23      **Defendants.**                 )
                                        )
24 _____  )
25
26      Come now the Plaintiffs, **CARL BUSSE, JR. and PATRICIA BUSSE** and Defendants,
27 by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule
28

-1-

1  41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing
2  its own attorneys' fees and costs.

5  DATED: September 1, 2009        ROBINSON, CALCAGNIE & ROBINSON

6  By: *Mark P. Robinson, Jr.*
7  MARK P. ROBINSON, JR.
   Attorneys for Plaintiffs Carl Busse, Jr. and
8  Patricia Busse

10  DATED:  Oct. 22 , 2009        DLA PIPER LLP (US)

11  By: /s/
12  Matt Holian
    Attorneys for Defendants

15  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
16  **IT IS SO ORDERED.**

18  Dated: OCT 2 8 2009
    Hon. Charles R. Breyer
19  United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**