1  **ROBINSON, CALCAGNIE & ROBINSON**
   620 Newport Center Drive, Suite 700
2  Newport Beach, California  92660
3  Telephone:  (949) 720-1288
   Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiffs, Elizabeth Chan and Joseph Chan
6
7
8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11
12

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **CASE NO. C06- 4118 (CRB)**<br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| **Dan Jacobs, etc., et al.,**<br><br>        **Plaintiffs,**<br><br>**vs.**<br><br>**G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, a Delaware corporation; PFIZER, INC., a Delaware corporation,**<br><br>        **Defendants.** | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, **ELIZABETH CHAN and JOSEPH CHAN** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42531961.1

41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: September 1, 2009         ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
Attorneys for Plaintiffs Elizabeth Chan and Joseph Chan

DATED:   Oct. 22  , 2009          DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**