1  **ROBINSON, CALCAGNIE & ROBINSON**
   620 Newport Center Drive, Suite 700
2  Newport Beach, California  92660
3  Telephone: (949) 720-1288
   Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiffs, Jose Zambrano and Virginia Zambrano
6
7
8
9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11
12

13 | IN RE: BEXTRA AND CELEBREX | ) CASE NO. C06- 4118 (CRB)
14 | MARKETING SALES PRACTICES AND | ) MDL NO. 1699
   | PRODUCT LIABILITY LITIGATION | ) District Judge: Charles R. Breyer
15 |                              | )
16 | Dan Jacobs, etc., et al.,    | )
17 |     Plaintiffs,              | ) STIPULATION AND ORDER OF
   |                              | ) DISMISSAL WITH PREJUDICE
18 | vs.                          | )
19 |                              | )
20 | G.D. SEARLE & CO., PHARMACIA | )
   | CORPORATION; MONSANTO        | )
21 | COMPANY, a Delaware corporation; | )
   | PFIZER, INC., a Delaware     | )
22 | corporation,                 | )
23 |     Defendants.              | )
24 |                              | )

25
26
27   Come now the Plaintiffs, **JOSE ZAMBRANO and VIRGINIA ZAMBRANO** and
28 Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

-1-

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: September 1, 2009          ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
    MARK P. ROBINSON, JR.
    Attorneys for Plaintiffs Jose Zambrano and
    Virginia Zambrano

DATED: Oct. 22, 2009          DLA PIPER LLP (US)

By: /s/
    Matt Holian
    Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

Hon. Charles R. Breyer
United States District Court

-2-