1  **ROBINSON, CALCAGNIE & ROBINSON**
   620 Newport Center Drive, Suite 700
2  Newport Beach, California 92660
3  Telephone: (949) 720-1288
   Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiffs, Brad Willsey, Sr. and Eloise Willsey
6
7
8
9                    UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
11
12
13                                              ) **CASE NO. C06- 4118 (CRB)**
   **IN RE: BEXTRA AND CELEBREX**              )
14 **MARKETING SALES PRACTICES AND**          ) **MDL NO. 1699**
   **PRODUCT LIABILITY LITIGATION**            ) **District Judge: Charles R. Breyer**
15 _____   )
                                               )
16 **Dan Jacobs, etc., et al.,**               )
                                               )
17          **Plaintiffs,**                    ) **STIPULATION AND ORDER OF**
                                               ) **DISMISSAL WITH PREJUDICE**
18                                             )
   **vs.**                                     )
19                                             )
   **G.D. SEARLE & CO., PHARMACIA**            )
20 **CORPORATION; MONSANTO**                   )
   **COMPANY, a Delaware corporation;**        )
21 **PFIZER, INC., a Delaware**                )
22 **corporation,**                            )
                                               )
23          **Defendants.**                    )
                                               )
24 _____
25
26     Come now the Plaintiffs, **BRAD WILLSEY, SR. and ELOISE WILLSEY** and
27 Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil
28
                                   -1-

   **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
   EAST\42531961.1

1    Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with

2    each side bearing its own attorneys' fees and costs.

3

4

5         DATED: September 1, 2009          ROBINSON, CALCAGNIE & ROBINSON

6                                          By: *Mark P. Robinson, Jr.*

7                                          MARK P. ROBINSON, JR.
                                           Attorneys for Plaintiffs Brad Willsey, Sr. and
8                                          Eloise Willsey

9

10        DATED:   Oct. 22  , 2009          DLA PIPER LLP (US)

11
                                           By:    /s/
12                                                Matt Holian
                                           Attorneys for Defendants
13

14

15   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
16   **IT IS SO ORDERED.**

17

18        Dated: **OCT 2 8 2009**
                                           Hon. Charles R. Breyer
19                                         United States District Court

20

21

22

23

24

25

26

27

28

                                           -2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
     EAST\42531961.1